JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY K., an individual, | Case No. 2:23-05684 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings.

DATED: April 23, 2024        /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge